IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES BLOCKER AND JAMI BLOCKER, husband and wife, *et al.* )<br><br>Plaintiff, )<br><br>v. )<br><br>CONOCOPHILLIPS COMPANY, )<br><br>Defendant. ) | Case No. CIV-17-248-D |

**DEFENDANT'S FINAL LIST OF EXPERT WITNESSES IN CHIEF**

Defendant ConocoPhillips Company ("COP") submits the following list of expert witnesses in chief for trial.

COP expects to call and use the following expert witnesses to testify in COP's case-in-chief at the trial of this case and reserves the right to call additional expert witnesses not identified herein for purposes of rebuttal, impeachment or as otherwise permitted by the Court and the Federal Rules of Civil Procedure.

| | WITNESS | EXPECTED TESTIMONY |
|---|---|---|
| 1. | Philip J. Isaacs<br>Isaacs & Associates | Mr. Isaacs is a MAI appraiser who will provide expert opinions regarding the fair market value of Plaintiffs' properties at Clifford Farms and respond to Plaintiffs' experts. *See*, Mr. Isaacs' Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Mr. Isaacs' expected testimony during COP's case-in-chief at trial. |

{S456353;}   1

|    | WITNESS | EXPECTED TESTIMONY |
|----|---------|--------------------|
| 2. | John Oneacre<br>Groundwater Solutions, LTD | Mr. Oneacre is a hydrogeologist who will provide expert opinions relating to the quality and condition of the groundwater and soil at Clifford Farms, groundwater flow, the aquifers and other geologic formations underlying Clifford Farms, and the source(s) of the constituents present in the groundwater and soil at Clifford Farms. Mr. Oneacre also will respond to Plaintiffs' experts. *See*, Mr. Oneacre's Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Mr. Oneacre's expected testimony during COP's case-in-chief at trial. |
| 3. | Robert A. Campbell, P.E.<br>Campbell & Associates | Mr. Campbell is a petroleum engineer who will provide expert opinions regarding ConocoPhillips' historic operations at and around Clifford Farms and respond to Plaintiffs' experts. *See*, Mr. Campbell's Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Mr. Campbell's expected testimony during COP's case-in-chief at trial. |
| 4. | Dr. Thomas C. Hennessey<br>Department of Natural Resource Ecology and Management<br>Oklahoma State University | Dr. Hennessey is a professor of ecophysiology who will provide expert opinions regarding the soil, landscaping and foliage at Clifford Farms and respond to Plaintiffs' experts. *See*, Dr. Hennessey's Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Dr. Hennessey's expected testimony during COP's case-in-chief at trial. |

| | WITNESS | EXPECTED TESTIMONY |
|---|---|---|
| 5. | Mark Gregory<br>Department of Natural Resource Ecology and Management<br>Oklahoma State University | Mr. Gregory is a researcher of GIS and GPS applications to natural resources evaluation and management who will provide opinions regarding the aerial photography of the property at issue and respond to Plaintiffs' experts.  *See*, Mr. Gregory's Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Mr. Gregory's expected testimony during COP's case-in-chief at trial. |
| 6. | Dr. Gordon Johnson<br>Department of Plant and Soil Sciences<br>Oklahoma State University | Dr. Johnson is an Emeritus Regents Professor of Plant and Soil Sciences who will provide opinions regarding the chemical characteristics of the soil at Clifford Farms.  Dr. Johnson also will respond to Plaintiffs' experts.  *See*, Dr. Johnson's Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Dr. Johnson's expected testimony during COP's case-in-chief at trial. |
| 7. | Cal Chapman, P.E.<br>President, Chapman Engineering, Inc. | Mr. Chapman will provide opinions regarding the soil and groundwater at Clifford Farms, including any effect the soil or groundwater has or could have on the Plaintiffs' house foundations.  Mr. Chapman also will respond to Plaintiffs' experts.  *See*, Mr. Chapman's Fed.R.Civ.P 26(a)(2) expert witness disclosures provided to Plaintiffs' counsel on July 6, 2018, pursuant to the Scheduling Order entered in this case [Doc. 17], as amended [Doc. 63], for additional information on Mr. Chapman's expected testimony during COP's case-in-chief at trial. |

Respectfully submitted,

*/s/ Rob F. Robertson*
Amy M. Stipe, OBA No. 18361
Rob F. Robertson, OBA No. 12455
Ellen A. Adams, OBA No. 21581
John M. "Jake" Krattiger, OBA No. 30617
GABLEGOTWALS
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:   (405) 235-5500
Facsimile:    (405) 235-2875
astipe@gablelaw.com
rrobertson@gablelaw.com
eadams@gablelaw.com
jkrattiger@gablelaw.com

and

Terry Ragsdale, OBA No. 15333
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74103-4217
Telephone:   (918) 595-4800
Facsimile:    (918) 595-4990
srowland@gablelaw.com
tragsdale@gablelaw.com

***Attorneys for Defendant ConocoPhillips Company***

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. The Clerk of Court will transmit a Notice of Electronic Filing to registered ECF Registrants.

/s/ Rob F. Robertson<br>
Rob. F. Robertson