IN THE UNITED STATES DISCTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JAMES BLOCKER AND JAMI BLOCKER, husband and wife, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>1. CONOCOPHILLIPS COMPANY,<br><br>Defendant. | Case No. 17-CV-248-D<br>Removed from Oklahoma County:<br>Case No. CJ-2016-3981 |

## DEFENDANT CONOCOPHILLIPS COMPANY'S
## <u>FINAL WITNESS LIST</u>

Pursuant to Fed. R. Civ. P. 26 and this Court's Amended Scheduling Order entered on April 23, 2018 [Doc. 63], Defendant ConocoPhillips Company (COP) submits the following list of its witnesses in chief for trial. Additionally, Defendant expects to counter-designate deposition testimony for any witness not listed below whose deposition testimony is subsequently designated by Plaintiffs. Defendant reserves the right to amend or supplement this list as permitted by the Court and the Federal Rules of Civil Procedure.

| Witness | Anticipated Testimony |
|---|---|
| **Witnesses that COP will call** ||
| Mark Aebi, ConocoPhillips Company Representative<br><br>c/o GableGotwals | Matters relating to deposition testimony given in this case; COP's leasehold interest within the NW/4 of Section 31, Township 14N, Range 6 West, in Oklahoma County, Oklahoma (Subject Property); COP's conveyance of its leasehold interest to Continental Oil Company in 1966; COP's historic oil and gas operations in the NW/4 of Section 31, Township 14N, Range 3 West, in Oklahoma County, Oklahoma (the "Subject Property"). |
| John Oneacre, | *See* Expert Report. To be deposed. |

{S468122;}                    1

| | |
|---|---|
| Groundwater Solutions, LTD<br><br>c/o GableGotwals | |
| Robert A. Campbell, P.E. Campbell & Associates<br><br>c/o GableGotwals | *See* Expert Report. To be deposed. |
| Dr. Thomas C. Hennessey, Department of Natural Resource Ecology and Management - Oklahoma State University<br><br>c/o GableGotwals | *See* Expert Report. To be deposed. |
| Mark Gregory, Department of Natural Resource Ecology and Management - Oklahoma State University<br><br>c/o GableGotwals | *See* Expert Report. To be deposed. |
| Dr. Gordon Johnson, Department of Plant and Soil Sciences - Oklahoma State University<br><br>c/o GableGotwals | *See* Expert Report. To be deposed. |
| Cal Chapman, P.E. | *See* Expert Report. To be deposed. |

| | |
|---|---|
| President, Chapman Engineering, Inc.<br><br>c/o GableGotwals | |
| Michael Edwards<br>Sherri Edwards<br><br>c/o Ryan Whaley Coldiron Jantzen Peters & Webber | Deposed. |
| Christopher Richards<br>Elaine Richards<br><br>c/o Ryan Whaley Coldiron Jantzen Peters & Webber | Deposed. |
| Bryan Kerns<br>Amanda Kerns<br><br>c/o Ryan Whaley Coldiron Jantzen Peters & Webber | Deposed. |
| **Witnesses that COP may call** ||
| John Harrington<br>Association of Central Oklahoma Governments<br>4205 N. Lincoln Blvd.<br>Oklahoma City, OK 73105 | Deposed. |
| Patricia Billingsley<br>Oklahoma Corporation Commission<br>c/o Susan Conrad<br>Deputy General Counsel | Deposed. |

{S468122;}    3

| | |
|---|---|
| Oklahoma Corporation Commission<br>416 Jim Thorpe Office Building<br>2101 North Lincoln Boulevard<br>Oklahoma City, OK 73152-2000 | |
| Carlene Rupp<br><br>c/o Ryan Whaley Coldiron Jantzen Peters & Webber | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |
| Lisa Otero<br>c/o Pierce Couch Hendrickson Baysinger & Green, LLP<br>1109 N. Francis Ave.<br>OKC, OK 73106-6813 | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |
| Kathleen Forrest<br>Metro Brokers of Oklahoma<br>15136 Traditions Blvd, Ste. 1<br>Edmond, Oklahoma<br><br>The Corporation Company, Registered Agent<br>1833 South Morgan Road<br>OKC, OK 73128 | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |
| Darren Webb<br>c/o Aaron Stiles Downtown Legal Group | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |

{S468122;}                           4

| | |
|---|---|
| 116 W. Main Street<br>Norman, OK 73069 | |
| Melisa Appiah<br>Carter Real Estate Group<br>330 Pacific Crest Trail<br>Edmond, OK 73003 | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |
| Jennifer Whitten<br>c/o Pierce Couch Hendrickson Baysinger & Green, LLP<br>1109 N. Francis Ave.<br>OKC, OK 73106-6813 | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |
| Kirsten McIntyre<br>Keller Williams Realty Edmond<br>10 E. Campbell<br>Edmond, OK 73034<br><br>Gene Lowell, Registered Agent<br>A.B.W. Edmond Inc.<br>2630 NW Expressway, Ste. A<br>OKC, OK 73112 | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |
| Norma Cokeley<br>Re/Max Preferred Properties, Inc.<br>c/o Norma Coppedge, Registered Agent<br>3705 W. | Real estate transactions within Clifford Farms; real estate disclosures; communications pertaining to Plaintiffs' allegations. |

| | |
|---|---|
| Memorial Road, Ste. 1310 OKC, OK 73134 | |
| Jaclyn Voyles-Maizland Keller Williams Realty Platinum 4513 Memorial Circle Oklahoma City, OK 73142<br><br>Gene Lowell, Registered Agent Leadership Real Estate Investments, Inc. 2630 NW Expressway Oklahoma City, OK 73112 | Sale of property at 17600 Old Pond Road, communications with other realtors regarding Clifford Farms, communications with prospective buyers and any buyers' agents or representatives. |
| Annette Hager, President Clifford Farms Homeowners Association, Inc.<br><br>c/o Ryan Whaley Coldiron Jantzen Peters & Webber | Clifford Farms HOA's actions in obtaining city water for the neighborhood, communications with residents regarding water quality, private roads within neighborhood, neighborhood covenants and restrictions, and matters related to the above. |
| Gary Olson c/o Rollin Nash, Jr. Nash, Cohenour, Kelley, Giessmann & Knight 4101 Perimeter Center Drive, Ste. 200 Oklahoma City, OK 73112 | Deposed. |

| | |
|---|---|
| James Blocker<br>Jami Blocker<br>Corey B. Bolding<br>Amanda E. Bolding<br>Hai Bui<br>Stephanie Bui<br>Larry K. Coshow<br>Julie K. Coshow<br>Solon B. Davis<br>Linda Davis<br>Jason A. Davis<br>Amber L. Davis<br>Brett Dawkins<br>Dianne Dawkins<br>Glenn Edgin<br>Kathy Edgin<br>Keith A. Goggans<br>Ashley Goggans<br>Jason Gooch<br>Tiffany Gooch<br>James H. Goodin<br>Rachelle D. Goodin<br>Alven Jones<br>Gail K. Jones<br>Joe M. Jones<br>Doli K. Jones<br>Tim Jones<br>Patti Jones<br>Mahmood Amorpour<br>Maryam Kermati<br>Susan Lay<br>Fernando Lopez<br>Stephanie Lopez<br>Osbert Luong<br>Hue T. Luong<br>Ching H. Luong<br>Huynh Cong Mai<br>Kelly P. Mai<br>Curt McMurphy<br>Megan | Deposed. |

{S468122;}                                        7

| | |
|---|---|
| McMurphy<br>Jonathan Meier<br>Megan Meier<br>Greg Menifee<br>Michelle Menifee<br>Stephanie L. Naifeh<br>Khanh V. Pham<br>Thuy T. Ngo<br>Steve Plumbtree<br>Brenda Plumbtree<br>Karen Ross<br>David Wislon<br>Ryan P. Scarlett<br>Stacy E. Scheffler<br>Sharon S. Smeltzer<br>Sunil Thomas<br>Jogi Thomas<br>Micheal Williams<br>Leberta Williams<br>Brian Wehr<br>Crystal Wehr<br>Janie Sutherland<br>Alexander Hickman<br><br>c/o Ryan Whaley Coldiron Jantzen Peters and Webber | |
| Oklahoma Corporation Commission Representative<br>c/o Susan Conrad<br>Deputy General Counsel<br>Oklahoma Corporation Commission | Previous investigations into the condition of the groundwater and geology within the area now known as Clifford Farms; Historic regulation of the oil and gas industry; various findings and directives to residents of Clifford Farms and the Clifford Farms Homeowners Association regarding water wells. |

| | |
|---|---|
| 416 Jim Thorpe Office Building 2101 North Lincoln Boulevard Oklahoma City, OK 73152-2000 | |
| Oklahoma Water Resources Board Representative 3800 N. Classen Blvd. Oklahoma City, OK 73118 | The investigation into the condition of groundwater within the area now known as Clifford Farms; proposed revisions to water well drilling requirements; communications with residents of Clifford Farms and the Clifford Farms Homeowners Association; requirements for water well drillers; domestic water well owners. |
| Pump and Supply, LLC Corporate Representative c/o Randy L. Goodman P.O. Box 1218 Nicoma Park, OK 73066 | The drilling of water wells in the area now known as Clifford Farms; abandoned wells on the Subject Property; communications with Clifford Farms residents; communications with water well drillers regarding Clifford Farms; communications with builders and/or general contractors about Clifford Farms; communications with government agencies about Clifford Farms; failures to report drilled wells in accordance with Oklahoma Water Resources Board (OWRB) requirements. |
| Clearwater Environmental Services, Inc. P.O. Box 720066 Norman, OK 73071 Thomas Robert Felder, Registered Agent 2501 9th Ave. NE Norman, OK 73071 | Water well testing within Clifford Farms and related matters; communications with Clifford Farms residents relating to water well testing, water well quality, groundwater, the Garber-Wellington Aquifer, and soil within Clifford Farms. |
| All witnesses necessary to authenticate documents. ||
| All witnesses identified by Plaintiffs not objected to by COP. ||
| All witnesses deposed not objected to by COP. ||

Respectfully submitted,

/s/ Amy M. Stipe
Amy M. Stipe, OBA No. 18361
Rob F. Robertson, OBA No. 12455
Ellen A. Adams, OBA No. 21581
John M. "Jake" Krattiger, OBA No. 30617
GABLEGOTWALS
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:   (405) 235-5500
Facsimile:   (405) 235-2875
astipe@gablelaw.com
rrobertson@gablelaw.com
eadams@gablelaw.com
jkrattiger@gablelaw.com

and

Terry Ragsdale, OBA No. 15333
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74103-4217
Telephone:   (918) 595-4800
Facsimile:   (918) 595-4990
tragsdale@gablelaw.com

***Attorneys for Defendant
ConocoPhillips Company***

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. The Clerk of Court will transmit a Notice of Electronic Filing to registered ECF Registrants.

/s/ Amy M. Stipe
Amy M. Stipe