# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES BLOCKER and JAMI BLOCKER, husband and wife, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CONOCOPHILLIPS COMPANY, <br><br> Defendant. | Case No. 17-cv-248-D <br> Removed from Oklahoma County: <br> Case No. CJ-2016-3981 |

## PLAINTIFFS' REBUTTAL WITNESS LIST

COME NOW, Plaintiffs, by and through their attorney of record, and hereby submit Plaintiffs' Rebuttal Witness List.

| WITNESS | PROJECTED TESTIMONY |
|---|---|
| Kerry Sublette, Ph.D <br> Professor, Departments of Chemical Engineering & Geosciences <br> The University of Tulsa | Previously disclosed and deposed. *See* Rebuttal Report. Soil Survey Data disclosed by Defendant on July 6, 2018 and related expert opinions. |
| Daniel R. Tormey Ph.D., P.G. <br> Catalyst Environmental Services | Previously disclosed and deposed. *See* Rebuttal Report. Groundwater analysis disclosed by Defendant on July 6, 2018 and related expert opinions. |
| Steven Alspach <br> State Soil Scientist <br> USDA <br> Natural Resources Conservation Service <br> 100 USDA, Suite 203 <br> Stillwater, OK 74074 | Fact and/or opinion[1] testimony regarding the NRCS online Web Soil Survey, the 2003 Oklahoma County Soil Survey, and data related to and/or supporting the same. |

---

[1] To the extent Mr. Alspach's testimony may be characterized as opinion testimony based upon his scientific, technical or specialized knowledge, Mr. Alspach has not been retained or employed by Plaintiffs, and therefore, no written report would be required of him pursuant to Rule 26(2)(B).

Respectfully submitted,


*/s/ Corey A. Neller*
MARK D. COLDIRON, OBA #001774
PHILLIP G. WHALEY, OBA #13371
STEPHEN L. JANTZEN, OBA #016247
PATRICK R. PEARCE, JR., OBA #18802
COREY A. NELLER, OBA #19534
STEPHEN C. GELNAR, OBA #18381
**RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC**
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
(405) 239-6040
(405) 239-6766 FAX
mcoldiron@ryanwhaley.com
pwhaley@ryanwhaley.com
sjantzen@ryanwhaley.com
rpearce@ryanwhaley.com
cneller@ryanwhaley.com
sgelnar@ryanwhaley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2018, I caused the foregoing document to be electronically transmitted to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following counsel of record in this matter:

Amy M. Stipe
Ellen A. Adams
John M. "Jake" Krattiger
Scott R. Rowland
**GABLEGOTWALS**
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102
astipe@gablelaw.com
eadams@gablelaw.com
jkrattiger@gablelaw.com
srowland@gablelaw.com

                                          /s/ Corey A. Neller
                                          COREY A. NELLER