Appraisal Institute®
*Professionals Providing Real Estate Solutions*



# Real Estate Damages

**Third Edition**

By Randall Bell, PhD, MAI

EXHIBIT 4

## The Detrimental Condition Model

Each detrimental condition is analyzed on a case-by-case basis because each may have a variety of impacts on value. The detrimental condition model, shown in Exhibit 1.3, illustrates the fundamental issues graphically, and a wide variety of additional illustrations may be derived from it. While the detrimental condition (DC) model includes all possible stages, keep in mind that it is theoretical and many detrimental conditions do not include all of the stages that are depicted. In other words, the DC model reflects one possible value pattern, but any number of subset graphs could be applicable depending on the empirical data.

Unimpaired value is reflected as Point A in the DC model. Upon the occurrence or discovery of the detrimental condition, the value may fall to Point B if the facts and market data support such a decline. Some detrimental conditions require an assessment, such as a soil, environmental, or engineering study. The value during this period is often the lowest, or the property may even be unmarketable because a potential buyer would likely require a significant discount as an enticement to purchase a property for which the extent of damage is uncharacterized. However, in a retrospective appraisal assignment in which all assessment, repair, and ongoing issues are studied, a determination of the value at Point B can be made.

While there are a variety of patterns that could describe the assessment stage, the model reflects a simple increase to Point C after characterization is completed. If repairs are required, the value will generally increase upon their completion as reflected at Point D. Point E reflects the value of the property after considering the cost, responsibility for costs, and use issues in the ongoing stage.

**Exhibit 1.3** **The Detrimental Condition Model**




Source: Bell, *Property Owners Manual*.

Like any value issue, the risk that is associated with the ongoing stage could have a variety of impacts. To illustrate this concept, market resistance (risk) is reflected with multiple arrows at Point F. While there are a variety if definitions of *stigma*, this is synonymous with many of these risk definitions. Of course, any issue within any stage could have a similar negative, positive, or neutral impact on value, which can only be determined on a case-specific basis.

## The Bell Chart

The detrimental condition model is a framework showing the relationship of time and value with a variety of graphical patterns, depending on the relevance and impact of each value

In determining the impact on value, it is critical that a distinction be made between the detrimental condition and unrelated issues. For example, market conditions may be responsible for a change in value that is unrelated to the condition being studied. In addition to the detrimental condition categories, the chart illustrates some of the various value patterns resulting from detrimental conditions.

## Application of the Three Approaches to Value

Detrimental conditions can be visualized along a continuum ranging from no value impact to severe conditions resulting in a complete loss in value or even a liability. For example, if a shopping center is the scene of a shoplifting crime, this single occurrence is not likely to have an impact on property value. However, if the same shopping center is the scene of a particularly violent and well-publicized crime, this crime may have a significant impact on property value. If a homeowner accidentally kicks over a can of paint in the garage, it is not likely to have any impact on the value of the property. However, if a large manufacturing firm spills thousands of gallons of contaminants into the soil, this may incur profound cleanup costs and environmental impacts. The impact of a detrimental condition can only be determined by a comprehensive analysis of relevant market data.

The impact of detrimental conditions on property values is ultimately an empirical question that requires the application of one or more of the three traditional approaches to value. While the fundamental detrimental condition issues seem straightforward, the real challenge of such an assignment lies in the skill with which the appraiser or analyst collects and properly analyzes market data. As might be expected, each of the three approaches to value has potential applicability depending on the situation.

## The Cost Approach Applied to Detrimental Conditions

The cost approach employs data with and without the costs and losses associated with a detrimental condition. This approach deducts the costs or losses associated with each stage from the unimpaired value. Generally, only those costs and losses that are the responsibility of the property owner would be included, as only these would impact the market value. (As a practical matter, if market resistance were applicable, it would likely be determined from the sales comparison or income capitalization approaches.) The fundamental calculations for the cost approach applied to detrimental conditions are shown in Exhibit 1.5.

In the detrimental condition model (shown in Exhibit 1.3),

- Point A relates to the estimate of market value as if unaffected by the detrimental condition
- Point B relates to the estimate of value upon realization that a detrimental condition has occurred
- Point C relates to the estimate of value upon assessment of the situation

**Exhibit 1.9** Local Press Coverage of Contaminated Issues




### Appropriate Controls for Other Factors Influencing Neighborhood Sales Prices

The previous discussion was based on a simple comparison of mean (or median) values relating to price (or price per square foot) for properties in a test area and one or more control areas. If the mix of sales between large custom homes and tract homes was changing over time in the areas, however, a change in the relationship of the trends between the different areas could mistakenly be attributed to the detrimental condition. The appraiser or analyst will often try, therefore, to control for other factors that could impact value. These might include property-specific variables (square footage, age, condition, lot size, number of rooms, bathrooms, etc.) and location-specific variables (school district, proximity to nuisances, amenities, etc.).

If a very small number of sales were being analyzed, the appraiser or analyst could make specific adjustments for these factors. More frequently, however, the assignment deals with relatively large areas over significant periods of time. This situation generates a sufficiently large number of observations so that statistical methods can be used to isolate time trends, holding other factors constant. Time series and multiple regression analyses are commonly used for this kind of analysis.

### Correct Interpretation and Application of the Results

Particular care has to be exercised in the interpretation of the results of neighborhood comparison analysis. First, a divergence in the value trends of the test and control areas does not necessarily prove causality due to the detrimental condition; it simply indicates that there is some cause of divergence beyond the variables that are controlled for in the study. Other possible causes of the divergence must be carefully analyzed and eliminated before the divergence can be attributed to the detrimental condition. Second, the conclusion that results from this analysis is a conclusion about the neighborhood as a whole, not about individual properties. Additional property-specific research may be required to understand how the aggregate results would apply to individual properties.

## Proximity Studies

A proximity study is similar to a neighborhood comparison study, but it focuses exclusively on the test area, attempting to determine whether there is any evidence of a systematic effect on value associated with proximity to a detrimental condition.

Proximity can be defined in different ways as long as any plausible hypothesis of effect can be tested. In an environmental context, it might be the distance to the property boundary of the source site, the distance to the nearest contaminated water well, or a binary (yes or no) variable reflecting whether the property is over the

Copyrighted material licensed by Casey Nelson on July 9, 2018

plume of contamination. Proximity studies can also be used for a variety of negative externalities, including those associated with noise, odors, or visual impacts.

A basic test might study values or value trends associated with particular proximity variables. Suppose, for example, that the appraiser or analyst was testing for differences in value trends within the test area based on three different distance zones from an environmental source site–less than 1,000 feet, between 1,000 and 2,000 feet, or more than 2,000 feet. Suppose further that, other factors being equal, the value trends were higher as distance from the source site increased, as shown in Exhibit 1.10. Does this result suggest that contamination has affected home values? Suppose the contamination-related event occurred in 2010 and was well publicized in the market at that time. Under this assumption, the detrimental condition does not seem to have affected value if the pattern resembles the first graph. The same value relationships that existed before the detrimental condition-related event also exist after. There does not appear to have been any change in proximity-related value trends due to the detrimental condition. However, in the second graph the pattern suggests that the contamination does impact properties less than 1,000 feet from the site.

Like neighborhood comparison analysis, proximity analysis can be carried out based on simple mean or median sale price data or by using multiple regression analysis to control for specific variables that may affect value. Similarly, the same admonitions that apply to the interpretation of results in neighborhood comparison analysis are relevant here.

## Case Study Analysis[2]

Determining the impacts that detrimental conditions have on property value requires real estate analysts to address a number of factors and elements not con-

**Exhibit 1.10** Value Trends Associated with Proximity to the Test Site




2. This discussion originally appeared in "The Analysis of Environmental Case Studies" by Thomas Jackson, PhD, MAI, and Randall Bell, PhD, MAI, which appeared in the January 2002 issue of *The Appraisal Journal*.

However, the basis for excluding any outliers should be clearly demonstrated. Outliers should normally be excluded using a decision rule (i.e., more than two standard deviations from the mean, 10% above or below the next highest or lowest value, etc.) to minimize bias in the data selection and refinement process. At a minimum, outliers should be investigated to determine why these values differ significantly from the rest of the data. Measures of variance generally describe the dispersion of the data. The standard deviation, though complicated to calculate manually, is often preferred in situations requiring more sophisticated analyses. If data is normally distributed (as represented by a bell-shaped curve such as the one shown in Exhibit 1.20), statistics tells us that there is a 68% probability that a predicted value will be within one standard deviation of the mean, a 95% probability that a predicted value will be within two standard deviations of the mean, and a probability in excess of 99% that a predicted value will be within three standard deviations of the mean. This information is often used to construct confidence intervals around point estimates. Numerous outputs can be generated with programs such as Microsoft Excel, which is often used in statistical analyses.

The analysis of detrimental conditions using large data sets often involves the selection of a *study area* or *test area*, which is essentially a group of properties with some attribute of interest (such as location over a plume of contaminated groundwater) that is then compared to one or more similar *control areas* for the purpose of determining the impact, if any, of the particular attribute on market pricing. Such comparisons often consider differences between mean or median values for the study and control areas to determine whether a certain attribute has any impact on value or marketability. However, the variance and number of observations in each group are also significant, particularly when differences in measures of central tendency are small.

### Single-Variable Statistics

Single-variable statistics are relatively straightforward and are of considerable benefit in the real estate professions. The general public is well familiar with single, independent variable statistics, as newspapers and magazines often use these statistical models to present numerical information in the form of pie charts, bar charts, or tables. Bar and pie charts provide a picture summarizing the information from a table.[5] For example, a pie chart such as the one shown in Exhibit 1.13 can be used to set forth the age distribution in a community. Bar charts, such as the one shown in Exhibit 1.14, can be used in a variety of ways. A histogram is a type of bar chart showing the distribution of a data set, in which the total area of the bars equals either the number of observations or 100%, depending on how the chart is constructed.

### Simple Regression Analysis: Time Series

Simple regression analyses are relatively straightforward statistical models that can be highly effective in setting forth the relationship of two variables, such as price and time, price and size, or other relationships. Because they use two variables, they are commonly graphed on an x-axis and a y-axis that show the

5. Wolverton, *An Introduction to Statistics for Appraisers*, 57.

Copyrighted material licensed by Corey Nelson July 9, 2018

**Exhibit 1.13** Pie Chart



**Exhibit 1.14** Bar Chart



relationship between these two variables. The dependent variable, usually price, typically goes on the y-axis, whereas the independent variable, often time or size, typically goes on the x-axis. *The Cambridge Dictionary of Statistics* defines *correlation* as "a general term for interdependence between pairs of variables."[6] When two variables move together, then they are said to be correlated.[7]

Because time series studies chart time on one axis of a graph and value on the other, these studies are invaluable for evaluating market trends, which might be due to market conditions or other factors. Using a time series study for a detrimental condition analysis typically involves comparing price changes in a study area (for example, a neighborhood allegedly impacted by contamination, construction defects, etc.) with price changes in one or more control areas over the same time frame. Control areas can include a larger geographic area (county or city) or another neighborhood. Direct comparability is not always critical in a time series analysis as long as the control areas used for comparison are not impacted by other factors that might have an impact on price trending.

In a time series analysis, data can be analyzed for discrete time periods (months, quarters, years, etc.) or continuously over a specified time frame. Discrete time periods often use the mean or median price per period. Analysis of continuous data, usually shown graphically in a scatter diagram, can be greatly enhanced by using a trend line. Such trend lines can take a variety of forms, both linear (straight-line) and non-linear or polynomial (curved), depending on what best fits the data. Exhibit 1.15 shows examples of simple regressions with linear and polynomial trend lines.

Fitting a trend line to a series of data points is a simple regression (using one independent variable) with time plotted on the x-axis. The *coefficient of determi-*

6. B. S. Everitt and A. Skrondal, *The Cambridge Dictionary of Statistics*, 4th ed. (New York: Cambridge University Press, 2010), 107.
7. Wolverton, *An Introduction to Statistics for Appraisers*, 52.

**Exhibit 1.15** **Simple Regression: Straight (Linear) and Curved (Polynomial) Trend Lines**




*nation* ($r^2$) describes the "goodness of fit" and can provide valuable insight into the appropriate form for the trend line. In theory, the coefficient of determination ranges from 0% (no correlation) to 100% (perfect correlation), although in practice $r^2$ will typically fall somewhere between these two extremes. While a linear form is simplest, a polynomial form often best describes data over a significant time frame, particularly when the direction or magnitude of a market trend changes at some point. Exhibit 1.16 shows a graphical representation of the data set used in Exhibits 1.11 and 1.12, with a polynomial trend line reflecting $r^2$ = 0.8942, which would be considered a "good fit." Note that a linear (straight-line) trend line would be almost meaningless in accurately describing this data.

**Exhibit 1.16** **Graphic Representation of Data**



**Exhibit 1.18** **Summary Input Table**

| Data No. | Street Address | Price | Sale Date | Months from Landslide | Lot Sq. Ft. | Age | GLA | Study Area |
|---|---|---|---|---|---|---|---|---|
| 1 | 423 S. Paseo Serena | $247,000 | 05/29/2006 | 41 | 11,000 | 26 | 2,117 | 0 |
| 2 | 483 S. Paseo Serena | $245,000 | 10/21/2007 | 58 | 6,500 | 26 | 2,117 | 0 |
| 3 | 482 S. Paseo Real | $190,000 | 11/20/2006 | 47 | 6,300 | 26 | 1,607 | 0 |
| 4 | 432 S. Paseo Real | $285,000 | 09/24/2008 | 69 | 11,750 | 26 | 1,607 | 0 |
| 5 | 411 S. Paseo Real | $227,500 | 05/15/2007 | 53 | 11,700 | 26 | 2,386 | 0 |
| 6 | 423 S. Paseo Real | $229,000 | 12/26/2005 | 36 | 5,250 | 26 | 1,698 | 0 |
| 7 | 443 S. Paseo Real | $211,000 | 03/07/2007 | 51 | 6,300 | 26 | 2,117 | 0 |
| 8 | 483 S. Paseo Real | $260,000 | 09/11/2008 | 69 | 6,600 | 26 | 1,698 | 0 |
| 9 | 6343 E. Via Estrada | $279,000 | 09/22/2008 | 69 | 17,825 | 26 | 2,048 | 0 |
| 10 | 6394 E. Via Estrada | $245,000 | 02/13/2008 | 62 | 15,200 | 26 | 2,048 | 0 |
| 1005 | 6709 E. Leafwood Drive | $325,000 | 06/18/2009 | 78 | 8,400 | 23 | 2,196 | 1 |
| 1006 | 1068 S. Burlwood Drive | $375,000 | 06/04/2009 | 78 | 9,100 | 22 | 2,582 | 1 |

Note: This table presents a summary of data. The data between Item 10 and Item 1005 is not shown for the sake of simplicity.

**Exhibit 1.19** **Descriptive Statistics**

| | Price | Sale Date | Months from Landslide | Lot Sq. Ft. | Age | GLA | Study Area |
|---|---|---|---|---|---|---|---|
| Mean | $289,312 | 11/10/2006 | 46.8 | 10,590 | 22.7 | 2,413 | 0.1 |
| Median | $280,000 | 03/07/2007 | 51.0 | 9,035 | 22.0 | 2,436 | 0.0 |
| Mode | $275,000 | 08/31/2008 | 78.0 | 7,000 | 22.0 | 1,932 | 0.0 |
| Standard deviation | $61,549 | N/A | 22.8 | 5,793 | 3.6 | 464 | 0.2 |
| Range | $422,000 | N/A | 80.0 | 87,156 | 20.0 | 2,252 | 1.0 |
| Minimum | $135,000 | 01/11/2003 | 1.0 | 4,200 | 12.0 | 1,332 | 0.0 |
| Maximum | $557,500 | 09/30/2009 | 81.1 | 91,356 | 32.0 | 3,584 | 1.0 |
| Count | 1,006 | 1,006 | 1,006 | 1,006 | 1,006 | 1,006 | 1,006 |

- Coefficients are calculated for each independent variable, reflecting a marginal rate of change. Coefficients are normally reviewed for expected magnitude and signage. In this case, the coefficient for age is negative, indicating a value change of approximately -$1,600 per year. The coefficient for gross living area is positive, indicating that each additional square foot is worth approximately $74.
- *T*-statistics are also calculated for each independent variable, effectively testing the null hypothesis that the calculated regression coefficients are equal to zero. The larger the *t*-stat, the more one can be confident that the coefficient is meaningful. Conversely, the *P-value* measures the probability that the true value of the coefficient is zero (the significance level). An acceptable significance level for coefficients in most applications is 10%, or a *P*-value of 0.10 or less.

An appraiser or analyst typically conducts numerous statistical runs to eliminate extraneous variables and outliers. A table of residuals (not shown) compares actual and predicted values of the dependent variable for each data item, which is helpful in identifying outliers that might impact the analysis.

In this example, the coefficient calculated for the landslide study area is -$34,657, which is significant at better than the 0.00000001 level. This data re-

**current or past uses in the surrounding area**. The external obsolescence created by a historical or ongoing undesirable use near a property.

**current use(s) of adjoining properties**. The operations or applications to which contiguous properties are being put.

**current use(s) of the property**. The operations or applications to which a property is being put.

**cut and fill**. The removal (cut) of soil or the addition (fill) of soil.

**cyclone**. A violent storm with a rotating center of low atmospheric pressure.

**daily discharge**. The emission or discharge, in terms of mass, of a pollutant in a 24-hour period.

**debris compost**. The decay of debris and the resulting soils subsidence it causes.

**deferred maintenance**. Routine property upkeep that has been neglected.

**degraded wetlands**. Swamps, bogs, marshes, etc., that have been negatively altered by man.

**deluge**. A sudden flooding or inundation of water.

**detrimental condition**. Any issue or condition that may cause a diminution in value to real estate.

**detrimental condition matrix**. A matrix that illustrates the three detrimental stages (assessment, repair, and ongoing) and three detrimental condition issues (cost, use, and risk).

**detrimental condition model**. A graph that illustrates all of the categories of stages and issues that must be considered when studying the effects of a detrimental condition on real estate values–e.g., assessment stage, repair stage, ongoing stage, and market resistance.

**detrimental condition stages**. The three stages of a detrimental condition analysis, specifically, the assessment, repair, and ongoing stages.

**diatomaceous earth filtration**. A water filtering process whereby a coat or "cake" of diatomaceous earth filter media is deposited over a membrane (septum) and water is passed through.

**differential settlement**. Soils with differing compaction or materials that settle to unequal levels.

**diminution in value**. The lost value of real estate before (as if impaired) and after (or upon discovery of) a detrimental condition.

**direct condemnation**. The physical taking of property through the process of eminent domain.

**disamenity**. A feature that is perceived negatively; the opposite of an *amenity*.

**discharge**. The spillage, leakage, pouring, emitting, or dumping of hazardous materials into land, air, or water.

**disinfectant**. Any oxidant, such as chlorine, used to kill microorganisms.

**disintermediation**. A time period in which long-term interest rates are lower than short-term interest rates.

**disposal**. The discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid or hazardous waste into the air, water, ground, or groundwater.

**disposal system**. A system of man-made or natural barriers that isolate spent nuclear fuel or radioactive waste or other contaminants.

**distillation**. A water purification technique that purifies water by heating the water and condensing the steam. The process reduces salt concentration but is ineffective in removing pesticides and volatile organic contaminants such as benzene or chloroform.

**drainage**. The sheet water flow and ability of a site to divert and drain excess water.