10450 Stancliff Rd. Suite 210
Houston, TX 77099
T: +1 281 530 5656
F: +1 281 530 5887

July 31, 2017

John W. Oneacre
Ground Water Solutions, Inc.
12402 Bristol Berry Dr

Cypress, TX 77429

Work Order: **HS17050901**

Laboratory Results for: **Clifford Farms**

Dear John,

ALS Environmental received 45 sample(s) on May 17, 2017 for the analysis presented in the following report.

The analytical data provided relates directly to the samples received by ALS Environmental and for only the analyses requested. Results are expressed as "as received" unless otherwise noted.

QC sample results for this data met EPA or laboratory specifications except as noted in the Case Narrative or as noted with qualifiers in the QC batch information. Should this laboratory report need to be reproduced, it should be reproduced in full unless written approval has been obtained by ALS Environmental. Samples will be disposed in 30 days unless storage arrangements are made.

If you have any questions regarding this report, please feel free to call me.

Sincerely,

Generated By: Jumoke.Lawal
Corey Grandits
Project Manager

EXHIBIT
6

**ALS Group USA, Corp** Date: 31-Jul-17

Client: Ground Water Solutions, Inc.
Project: Clifford Farms
Sample ID: T. JONES
Collection Date: 17-May-2017 15:11

**ANALYTICAL REPORT**
WorkOrder:HS17050901
Lab ID:HS17050901-09
Matrix:Groundwater

| ANALYSES | RESULT | QUAL | REPORT LIMIT | UNITS | DILUTION FACTOR | DATE ANALYZED |
|---|---|---|---|---|---|---|
| **LOW LEVEL VOLATILES BY SW8260C** | | **Method:SW8260** | | | | Analyst: AKP |
| Benzene | ND | | 1.0 | ug/L | 1 | 19-May-2017 17:08 |
| Ethylbenzene | ND | | 1.0 | ug/L | 1 | 19-May-2017 17:08 |
| m,p-Xylene | ND | | 2.0 | ug/L | 1 | 19-May-2017 17:08 |
| o-Xylene | ND | | 1.0 | ug/L | 1 | 19-May-2017 17:08 |
| Toluene | ND | | 1.0 | ug/L | 1 | 19-May-2017 17:08 |
| Xylenes, Total | ND | | 1.0 | ug/L | 1 | 19-May-2017 17:08 |
| *Surr: 1,2-Dichloroethane-d4* | *110* | | *71-125* | *%REC* | *1* | *19-May-2017 17:08* |
| *Surr: 4-Bromofluorobenzene* | *104* | | *70-125* | *%REC* | *1* | *19-May-2017 17:08* |
| *Surr: Dibromofluoromethane* | *112* | | *74-125* | *%REC* | *1* | *19-May-2017 17:08* |
| *Surr: Toluene-d8* | *114* | | *75-125* | *%REC* | *1* | *19-May-2017 17:08* |
| **LOW-LEVEL TEXAS TPH BY TX1005** | | **Method:TX1005** | | Prep:TX1005PR / 19-May-2017 | | Analyst: HPP |
| nC6 to nC12 | ND | | 0.48 | mg/L | 1 | 19-May-2017 22:09 |
| >nC12 to nC28 | ND | | 0.48 | mg/L | 1 | 19-May-2017 22:09 |
| >nC28 to nC35 | ND | | 0.48 | mg/L | 1 | 19-May-2017 22:09 |
| Total Petroleum Hydrocarbon | ND | | 0.48 | mg/L | 1 | 19-May-2017 22:09 |
| *Surr: 2-Fluorobiphenyl* | *87.9* | | *70-130* | *%REC* | *1* | *19-May-2017 22:09* |
| *Surr: Trifluoromethyl benzene* | *99.9* | | *70-130* | *%REC* | *1* | *19-May-2017 22:09* |
| **ICP-MS METALS BY SW6020A** | | **Method:SW6020** | | Prep:SW3010A / 19-May-2017 | | Analyst: RPM |
| Arsenic | ND | | 0.00500 | mg/L | 1 | 22-May-2017 19:34 |
| **Barium** | **0.0450** | | **0.00500** | **mg/L** | 1 | 22-May-2017 19:34 |
| **Boron** | **1.71** | | **0.250** | **mg/L** | 5 | 23-May-2017 11:20 |
| Cadmium | ND | | 0.00200 | mg/L | 1 | 22-May-2017 19:34 |
| **Calcium** | **170** | | **0.500** | **mg/L** | 1 | 22-May-2017 19:34 |
| Chromium | ND | | 0.00500 | mg/L | 1 | 22-May-2017 19:34 |
| Iron | ND | | 0.200 | mg/L | 1 | 22-May-2017 19:34 |
| Lead | ND | | 0.00500 | mg/L | 1 | 22-May-2017 19:34 |
| **Magnesium** | **75.7** | | **0.200** | **mg/L** | 1 | 22-May-2017 19:34 |
| Manganese | ND | | 0.00500 | mg/L | 1 | 22-May-2017 19:34 |
| **Potassium** | **2.06** | | **0.200** | **mg/L** | 1 | 22-May-2017 19:34 |
| **Selenium** | **0.162** | | **0.00500** | **mg/L** | 1 | 22-May-2017 19:34 |
| Silver | ND | | 0.00500 | mg/L | 1 | 22-May-2017 19:34 |
| **Sodium** | **122** | | **0.200** | **mg/L** | 1 | 22-May-2017 19:34 |
| **Strontium** | **3.82** | | **0.0250** | **mg/L** | 5 | 23-May-2017 11:20 |
| **Uranium** | **0.0652** | | **0.00500** | **mg/L** | 1 | 22-May-2017 19:34 |
| **MERCURY BY SW7470A** | | **Method:SW7470** | | Prep:SW7470 / 30-May-2017 | | Analyst: JC |
| Mercury | ND | | 0.000200 | mg/L | 1 | 31-May-2017 11:56 |
| **TURBIDITY BY E180.1** | | **Method:E180.1** | | | | Analyst: KMU |
| Turbidity | ND | | 1.00 | NTU | 1 | 18-May-2017 14:00 |

Note: See Qualifiers Page for a list of qualifiers and their explanation.



RIGHT SOLUTIONS | RIGHT PARTNER

**ALS Group USA, Corp** Date: 31-Jul-17

| | | | |
|---|---|---|---|
| Client: | Ground Water Solutions, Inc. | | **ANALYTICAL REPORT** |
| Project: | Clifford Farms | | WorkOrder:HS17050901 |
| Sample ID: | T. JONES | | Lab ID:HS17050901-09 |
| Collection Date: | 17-May-2017 15:11 | | Matrix:Groundwater |

| ANALYSES | RESULT | QUAL | REPORT LIMIT | UNITS | DILUTION FACTOR | DATE ANALYZED |
|---|---|---|---|---|---|---|
| **ANIONS BY E300.0** | | **Method:E300** | | | | Analyst: JBA |
| **Bromide** | **1.23** | | **0.100** | **mg/L** | 1 | 25-May-2017 00:36 |
| **Chloride** | **413** | | **10.0** | **mg/L** | 20 | 25-May-2017 00:57 |
| **Sulfate** | **627** | | **10.0** | **mg/L** | 20 | 25-May-2017 00:57 |
| **SPECIFIC CONDUCTIVITY BY SM2510 B** | | **Method:M2510 B** | | | | Analyst: KMU |
| **Specific Conductivity** | **1,860** | | **5.00** | **umhos/cm** | 1 | 19-May-2017 11:00 |
| **TOTAL DISSOLVED SOLIDS BY SM2540C** | | **Method:M2540C** | | | | Analyst: KAH |
| **Total Dissolved Solids (Residue, Filterable)** | **1,290** | | **10.0** | **mg/L** | 1 | 24-May-2017 16:20 |
| **DISSOLVED OXYGEN BY SM4500-O G** | | **Method:M4500-O G** | | | | Analyst: KMU |
| **Oxygen, Dissolved** | **5.91** | H | **1.00** | **mg/L** | 1 | 18-May-2017 15:02 |
| **ALKALINITY BY SM2320B** | | **Method:SM2320B** | | | | Analyst: KMU |
| **Alkalinity, Bicarbonate (As CaCO3)** | **248** | H | **5.00** | **mg/L** | 1 | 30-Jul-2017 18:41 |
| **Alkalinity, Total (As CaCO3)** | **248** | H | **5.00** | **mg/L** | 1 | 30-Jul-2017 18:41 |
| **SULFIDE METHYLENE BLUE BY SM4500 S2- D** | | **Method:SM4500 S2-D** | | Prep:SM4500 S2-D / 23-May-2017 | | Analyst: JHD |
| Sulfide | ND | | 0.0500 | mg/L | 1 | 23-May-2017 17:13 |
| **PH BY SM4500H+ B** | | **Method:SM4500H+ B** | | | | Analyst: SAP |
| **pH** | **7.55** | H | **0.100** | **pH Units** | 1 | 19-May-2017 10:25 |
| **Temp Deg C @pH** | **21.7** | H | **0** | **°C** | 1 | 19-May-2017 10:25 |

Note: See Qualifiers Page for a list of qualifiers and their explanation.



RIGHT SOLUTIONS | RIGHT PARTNER