

Appraisal
Institute®

*Professionals Providing
Real Estate Solutions*

# Real Estate Damages

**Third Edition**

By Randall Bell, PhD, MAI

EXHIBIT
9

Copyrighted material licensed by Philip J. Isaacs on January 15, 2018



**Exhibit 1.13** | Pie Chart

**Exhibit 1.14** | Bar Chart

relationship between these two variables. The dependent variable, usually price, typically goes on the y-axis, whereas the independent variable, often time or size, typically goes on the x-axis. *The Cambridge Dictionary of Statistics* defines *correlation* as "a general term for interdependence between pairs of variables."[6] When two variables move together, then they are said to be correlated.[7]

Because time series studies chart time on one axis of a graph and value on the other, these studies are invaluable for evaluating market trends, which might be due to market conditions or other factors. Using a time series study for a detrimental condition analysis typically involves comparing price changes in a study area (for example, a neighborhood allegedly impacted by contamination, construction defects, etc.) with price changes in one or more control areas over the same time frame. Control areas can include a larger geographic area (county or city) or another neighborhood. Direct comparability is not always critical in a time series analysis as long as the control areas used for comparison are not impacted by other factors that might have an impact on price trending.

In a time series analysis, data can be analyzed for discrete time periods (months, quarters, years, etc.) or continuously over a specified time frame. Discrete time periods often use the mean or median price per period. Analysis of continuous data, usually shown graphically in a scatter diagram, can be greatly enhanced by using a trend line. Such trend lines can take a variety of forms, both linear (straight-line) and non-linear or polynomial (curved), depending on what best fits the data. Exhibit 1.15 shows examples of simple regressions with linear and polynomial trend lines.

Fitting a trend line to a series of data points is a simple regression (using one independent variable) with time plotted on the x-axis. The *coefficient of determi-*

---

6.  B. S. Everitt and A. Skrondal, *The Cambridge Dictionary of Statistics*, 4th ed. (New York: Cambridge University Press, 2010), 107.

7.  Wolverton, *An Introduction to Statistics for Appraisers*, 52.